JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SMART CIRCLE INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FUDGIE WUDGIE, LP, a Pennsylvania limited Partnership, and FW CHOCOLATIER, INC. a Pennsylvania corporation<br><br>Defendants. | CASE NO.: SACV11-0255 DOC(MLGx)<br><br>**JUDGMENT IN FAVOR OF SMART CIRCLE INTERNATIONAL, LLC AGAINST FUDGIE WUDGIE, LP AND FW CHOCOLATIER, INC.**<br><br>Before the Honorable David O. Carter |

1  The above-entitled matter came for hearing on Plaintiff's Application for
2 Entry of Default Judgments against Defendants at 8:30 a.m. on June 1, 2011 in
3 Department 10 of the United States District Court for the Central District, Judge
4 David O. Carter presiding.  Plaintiff Smart Circle International, LLC appeared
5 through its attorney of record, Travis J. Burch of the Eclipse Group, LLP.
6 Defendants Fudgie Wudgie, LP and FW Chocolatier, Inc., having defaulted in the
7 action did not appear.  The Court considered the Plaintiff's Application and the
8 supporting evidence.

10  **THE COURT NOW ORDERS, ADJUDGES AND DECREES** that by
11 findings of the Court, judgment is entered in favor of Plaintiff Smart Circle
12 International, LLC and against Defendants Fudgie Wudgie, LP and FW
13 Chocolatier, Inc., jointly and severally, in the amount of $158,934.00 on Plaintiff's
14 claims for breach of contract, breach of an implied contract, open book account
15 and common count for services rendered.

17 **IT IS SO ORDERED**

20 **DATED:**  June 24, 2011

             */s/ David O. Carter*
             The Hon. David O. Carter
             United States District Court